

# MEMORANDUM OPINION

No. 04-09-00189-CV

**IN RE ASHKENAZY ACQUISITION CORP., NEW RIVERCENTER MALL, L.P.,
NEW RIVERCENTER GP, L.L.C., NEW RIVERCENTER MARKET, L.P.
and Barry LUSTIG**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:   April 8, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On April 2, 2009, relators filed a petition for writ of mandamus and a motion for emergency stay. The court has considered relators' petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2007-CI-00103, styled *Stepping Stone Enterprises, Inc. d/b/a Steers & Beers Steakhouse and Saloon v. Ashkenazy Acquisition Corp., et al*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding. However, the challenged order was signed by the Honorable Peter Sakai, presiding judge of the 225th Judicial District Court, Bexar County, Texas.